IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-01468-WJM- BNB | Date: September 1, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| SOLIDFX, LLC, | Shannon Stevenson |
| | Lauren Mitchell |
| Plaintiff(s), | |
| v. | |
| JEPPESEN SANDERSON, INC., | John O'Quinn |
| | Robert Miller |
| Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:    8:59 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Jeppesen Sanderson, Inc.'s motion to stay antitrust discovery [doc#21; filed 8/3/11] is taken under advisement.**

Court in Recess:    9:50 a.m.    Hearing concluded.    Total time in Court: 00:51

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.