IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

Plaintiff,

v.

JEPPSESEN SANDERSON, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [docket no. 38, filed September 9, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED as follows:

1. The deadline to seek to join other parties and amend the pleadings is extended to and including **September 21, 2011**; and

2. The deadline for serving a good faith estimate of the economic damages claimed is extended to and including **September 29, 2011**.

DATED: September 12, 2011