IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

Defendant.

_____

## ORDER
_____

This matter arises on the following:

(1)     Plaintiff's **Motion for Leave to File First Amended Complaint and Jury Demand** [Doc. # 42, filed 9/21/2011] (the "Motion to Amend");

(2)     **Defendant Jeppesen Sanderson, Inc.'s Unopposed Motion to Seal Confidential Business Communications** [Doc. # 49, filed 10/5/2011] (the "Motion to Seal"); and

(3)     **Joint Motion Regarding SolidFX's Proposed Amended Complaint and Supplemental 12(b)(6) Briefing** [Doc. # 51, filed 10/10/2011] (the "Motion re Briefing").

Also pending is **Defendant Jeppesen Sanderson, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6)** [Doc. # 14, filed 7/18/2011] (the "Motion to Dismiss").

I held a hearing this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)    The Motion to Amend [Doc. # 42] is GRANTED.  The plaintiff shall file the text of its First Amended Complaint and Jury Demand on or before October 20, 2011 (with the attachments remaining under seal consistent with this order);

(2)    The Motion to Seal [Doc. # 49] is GRANTED.  The exhibits to the First Amended Complaint [Docs. # # 41-2 through 41-9] shall remain sealed;

(3)    The Motion re Briefing [Doc. # 51] is DENIED; and

(4)    The Motion to Dismiss [Doc. # 14] is DENIED without prejudice as moot in view of the filing of the First Amended Complaint.

Dated October 17, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge