IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

Defendant.
_____

## ORDER
_____

This matter arises on the following:

(1)     **Defendant Jeppesen Sanderson, Inc.'s Motion to Compel Documents Related to George Triantis** [Doc. # 74, filed 2/10/2012] (the "Motion to Compel"); and

(2)     The **Joint Motion for Extension of Discovery Cutoff** [Doc. # 78, filed 2/24/2012] (the "Motion for Extension").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Compel [Doc. # 74] is DENIED; and

(2)     The Motion for Extension [Doc. # 78] is GRANTED, and the case schedule is modified to the following extent:

        Discovery Cut-Off (parties):                              May 1, 2012

        Discovery Cut-Off (experts and non-parties):     June 1, 2012

      (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

      Dispositive Motions Deadline:                July 2, 2012

      Expert Disclosures:

           The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 22, 2012.

Dated February 28, 2012.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge