IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

Defendant.

_____

**ORDER**

_____

The defendant's  Motion to Restrict Public Access [etc.] [Doc. # 102, filed 4/6/2012]

seeks an order restricting access to the defendant's Partial Motion for Summary Judgment[1] (the

"SJ Motion") and attached exhibits.  The SJ Motion and exhibits total 352 pages.  Even a cursory

review discloses that the entire SJ Motion and all of its exhibits are not entitled to be restricted in

their entirety.  An alternative to restricting access, particularly redaction, appears to be adequate

to protect any interests in question.

IT IS ORDERED that on or before **April 20, 2012**, the defendant shall file an Amended

Motion to Restrict Public Access addressing in a more realistic manner and in the spirit of

D.C.COLO.LCivR 7.2 how confidential information may be adequately protected while

respecting the presumption of public access.

_____

[1]At 34 pages of text and 318 pages of exhibits, there is nothing "partial" about the
motion.  To the contrary, it is a motion for partial summary judgment.

Dated April 12, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge