IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

Defendant.
_____

# ORDER
_____

This matter arises on the following:

(1)     **Defendant Jeppesen Sanderson, Inc.'s Motion to Strike Experts and/or Compel Adequate Expert Disclosures and New Depositions** [Doc. # 84, filed 3/8/2012] (the "First Motion to Strike Experts");

(2)     **Defendant Jeppesen Sanderson, Inc.'s Motion to Strike Willy Shih as an Expert or, In the Alternative, Compel the Submission of an Expert Report** [Doc. # 98, filed 4/3/2012] (the "Second Motion to Strike Experts"); and

(3)     **Jeppesen Sanderson, Inc.'s Motion to Defer Partial Summary Judgment Briefing Schedule or, In the Alternative, For Leave to File Successive Motions for Summary Judgment** [Doc. # 103, filed 4/6/2012] (the "Motion re Briefing").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)    The First Motion to Strike Experts [Doc. # 84] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require the plaintiffs to make the following disclosures, on or before May 8, 2012, concerning the expert testimony of Dona Flamme and Jeff McDonald, as required by Fed. R. Civ. P. 26(a)(2)(C):

(i) the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 702, or 705; and

(ii) a summary of the facts and opinions to which the witness is expected to testify;

•GRANTED to allow the defendant, at its option, to reopen the depositions of Dona Flamme and Jeff McDonald to conduct an examination about the facts and opinions disclosed pursuant to this Order.  The reopened depositions shall be completed no later than June 15, 2012; and

DENIED in all other respects.

(2)    The Second Motion to Strike Experts [Doc. # 98] is DENIED.

(3)    The Motion re Briefing [Doc. # 103] is GRANTED to the following extent: the defendant shall respond to Plaintiff SolidFX, LLC's Partial Motion for Summary Judgment [Doc. # 96] at the earlier of the day it files its own motion for summary judgment or July 2, 2012.

Dated April 24, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge