IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

Defendant.
_____

**ORDER**
_____

This matter arises on the parties' **Joint Motion for Page Extensions and Briefing Schedule** [Doc. # 121, filed 6/15/2012] (the "Joint Motion"). A sufficient showing having been made, and applying WJM Revised Practice Standards III.E.9,

IT IS ORDERED that the Joint Motion [Doc. # 121] is GRANTED as follows:

(1) The plaintiff shall file a motion for summary judgment, if at all, not later than July 2, 2012. The motion shall not exceed **50** pages;

(2) The defendant shall respond to plaintiff's motion for summary judgment on or before August 8, 2012. The response shall not exceed **50** pages;

(3) The plaintiff shall reply in support of its motion for summary judgment on or before August 31, 2012. The reply shall not exceed **25** pages; and

(4)     The plaintiff shall file a reply in support of its Partial Motion for Summary Judgment [Doc. # 96][1] on or before August 8, 2012. The reply shall not exceed 20 pages.

Dated June 18, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

---

[1] The caption is a misnomer. The plaintiff has filed a motion seeking partial summary judgment, not a partial motion.

2