IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

Defendant.

_____

**ORDER**
_____

By an Order [Doc. # 138] entered on July 16, 2012, I denied without prejudice **Defendant Jeppesen Sanderson, Inc.'s Motion to Restrict Public Access to Exhibits Filed In Support of Jeppesen's Opposition to SOLIDFX's Partial Motion for Summary Judgment** [Doc. # 133, filed 7/5/2012] (the "Third Motion to Restrict Access"). In doing so, I ordered that "[o]n or before July 30, 2012, Jeppesen shall file a revised Third Motion to Restrict Access that complies with the requirements of this Order." Order [Doc. # 138] at p. 25. No revised Third Motion to Restrict Access has been received.

IT IS ORDERED:

(1)     The Third Motion to Restrict Access [Doc. # 133] is DENIED.

(2)     Defendant Jeppesen Sanderson, Inc.'s Opposition to SolidFX, LLC's Partial Motion for Summary Judgment [Doc. # 127] and all attached exhibits [Doc. ## 127-1 through 127-59] shall be open to public inspection.

Dated August 7, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge