IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    **Plaintiff SOLIDFX, LLC's Motion for Leave to File Reply In Support of Its Motion for Leave to File Second Amended Complaint and Jury Demand** [Doc. No. 141, filed July 27, 2012] is GRANTED.

    (2)    The Clerk of the Court is directed to accept for filing Plaintiff SOLIDFX, LLC's Reply In Support of Its Motion for Leave to File Second Amended Complaint [Doc. # 141-2] (the "Reply").

    (3)    Access to the Reply [Doc. # 140-2] and its exhibits [Doc. ## 141-3 through 141-18] shall remain Restricted--Level 1 pursuant to D.C.COLO.LCivR 7.2D.

DATED:  August 7, 2012