IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-01468-WJM-BNB | Date: | August 9, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| SOLIDFX, LLC<br><br>**Plaintiff(s)**<br><br>v.<br><br>JEPPESEN SANDERSON, INC<br><br>**Defendant(s)** | *Stephanie W. Stevenson*<br>*Matthew C. Baisley*<br><br><br><br>*John C. O'Quinn*<br>*Robert N. Miller* |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:02 a.m.

Appearance of counsel.

Argument presented on [124] Plaintiff SOLIDFX, LLC's Motion for Leave to File Second Amended Complaint and Jury Demand.

**ORDERED: Motion for Leave to File Second Amended Complaint and Jury Demand [124] is GRANTED. Motion regarding addressing additional discovery and deadlines to be submitted on or before September 7, 2012.**

Court in Recess: 10:58 a.m.    Hearing concluded.    Total time in Court: 00:56

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119