IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

Defendant.

_____

# ORDER
_____

This matter arises on **Plaintiff SOLIDFX, LLC's Motion for Leave to File Second Amended Complaint and Jury Demand** [Doc. # 124, filed 6/22/2012] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 124] is GRANTED, and the Clerk of the Court is directed to accept for filing plaintiff's Second Amended Complaint and Jury Demand [Doc. # 124-1].

(2) On or before **September 7, 2012**, the parties shall submit a status report addressing any additional pretrial matters they believe should be allowed in view of this Order allowing the filing of the Second Amended Complaint.

Dated August 9, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge