IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)     The parties' **Court-Ordered Status Report Regarding Pretrial Matters** [Doc. # 182] (the "Motion for Extension");

(2)     **Non-Party Lufthansa Systems America, Inc.'s Unopposed Motion to Restrict Access** [Doc. # 162, filed 8/10/2012] ("LSA's First Motion to Restrict Access");

(3)     **Non-Party Lufthansa Systems America, Inc.'s Unopposed Motion to Restrict Access to DE 164-11, 164-12, and 164-13** [Doc. # 173, filed 8/27/2012] ("LSA's Second Motion to Restrict Access"); and

(4)     **Non-Party Southwest Airlines Co.'s Unopposed Motion to Restrict Public Access to Exhibit 86 Filed In Support of SolidFX's Response to Defendant's Motion for Summary Judgment** [Doc. # 176, filed 8/29/2012] ("Southwest's Motion to Restrict Access").

I held a hearing on the pending matters on October 11, 2012, and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion for Extension [Doc. # 182] is GRANTED, and the case schedule is modified to the following extent:

• The defendant may reopen the deposition of Owen Phillips for not more than three; reopen the deposition of Melinda Harper for not more than two hours; and reopen the Rule 30(b)(6) deposition of the plaintiff for not more than 2.5 hours;

• The reopened depositions shall be completed no later than **November 21, 2012**;

• The final pretrial conference is set for **December 3, 2012, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The proposed final pretrial order shall be submitted no later than **November 29, 2012**.

(2)   LSA's First Motion to Restrict Access [Doc. # 162] is GRANTED to the following extent:

Doc. # 149-13 at pp. 3, 4, 5, 6, 11, 16, and 17 shall be Restricted Level 1.

(3)    LSA's Second Motion to Restrict Access [Doc. # 173] is GRANTED to the following extent:

Doc. # 164-11 at pp. 4, 5, 9, 10, 20, 34, and 41-42 shall be Restricted Level 1;

Doc. # 164-12 at pp. 12-13, 16-17, and 22-24 shall be Restricted Level 1; and

Doc. # 165-13 at pp. 5-8 shall be Restricted Level 1.

(4)   Southwest's Motion to Restrict Access [Doc. # 176] is GRANTED. Doc. # 169-4 shall be Restricted Level 1.

(5)   The following documents shall be unsealed and open to public inspection, except

as noted:

        Doc. # 149 (**except** Doc. # 149-13 at pp. 3, 4, 5, 6, 11, 16, and 17 which shall be Restricted Level 1);

        Doc. # 164 (**except** Doc. # 164-11 at pp. 4, 5, 9, 10, 20, 34, 41-42; and 164-12 at pp. 12-13, 16-17, 22-24 which shall be Restricted Level 1);

        Doc. # 165 (**except** Doc. # 165-13 at pp. 5-8 which shall be Restricted Level 1);

        Doc. # 166;

        Doc. # 167;

        Doc. # 168;

        Doc. # 169 (**except** Doc. # 169-4 which shall be Restricted Level 1);

        Doc. # 170; and

        Doc. # 171.

Dated October 15, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge