IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

Defendant.
_____

### **AMENDED** ORDER
_____

In my Order [Doc. # 187], I directed the Clerk of the Court to restrict access to specific pages contained within filed documents. I am informed that this is not possible. Consequently, to implement my Order [Doc. # 187]:

IT IS ORDERED:

(1) The following documents shall be unrestricted and open to public inspection, except as noted:

      Doc. # 149 (**except** Doc. # 149-13 which shall be Restricted Level 1);

      Doc. # 164 (**except** Doc. # 164-11 and 164-12 which shall be Restricted Level 1);

      Doc. # 165 (**except** Doc. # 165-13 which shall be Restricted Level 1);

      Doc. # 166;

      Doc. # 167;

      Doc. # 168;

      Doc. # 169 (**except** Doc. # 169-4 which shall be Restricted Level 1);

Doc. # 170; and

Doc. # 171.

(2) SolidFX shall refile the following documents, redacting in their entirety the pages noted:

Doc. # 149-13, excluding pp. 3, 4, 5, 6, 11, 16, and 17, which shall be redacted in their entirety;

Doc. # 164-11, excluding pp. 4, 5, 9, 10, 20, 34, 41-42, which shall be redacted in their entirety;

Doc. # 164-12, excluding pp. 12-13, 16-17, 22-24, which shall be redacted in their entirety;

Doc. # 164-13, excluding pp. 5-8, which shall be redacted in their entirety;

Dated October 25, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge