IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion Regarding Supplemental Summary Judgment Briefing** [docket no. 197, filed November 29, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED as follows:

1. Jeppesen will file a supplement to its Motion for Summary Judgment of no more than five (5) pages no later than **January 4, 2013** addressed solely to the new claims and theories alleged in the Second Amended Complaint and Jury Demand;

2. SOLIDFX will file a response of no more than five (5) pages no later than **January 31, 2013** addressed solely to the assertions in Jeppesen's Supplement to its Motion for Summary Judgment; and

3. Jeppesen will be permitted to file a reply of not more than three (3) pages no later than **February 15, 2013**.

DATED: November 30, 2012