**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

    Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

    Defendant.

---

**ORDER SETTING BRIEFING SCHEDULE ON PENDING MOTIONS,
SETTING STATUS CONFERENCE, AND RESETTING
THE FINAL TRIAL PREPARATION CONFERENCE**

---

On March 12, 2014, Plaintiff filed a Motion for Limited Reconsideration of Order Partially Granting Defendant Jeppesen Sanderson, Inc.'s Motion for Summary Judgment (ECF No. 261) and Motion for Sanctions and Motion to Compel (ECF No. 267).  Because the Court's ruling on these Motions may impact the evidence presented and the claims at issue in the trial currently scheduled to begin April 7, 2014, the Court must shorten the typical briefing schedule.

Accordingly, the Court ORDERS as follows:

1. Defendant shall file a <u>detailed</u> response to the Motion for Sanctions and Motion to Compel no later than **9:00 a.m. on March 17, 2014**;

2. Plaintiff may file a reply to the Motion for Sanctions and Motion to Compel by **12:00 p.m. on March 18, 2014;**

3. Defendant shall respond to the Motion for Limited Reconsideration of Order Partially Granting Defendant Jeppesen Sanderson, Inc.'s Motion for Summary Judgment by **9:00 a.m. on March 17, 2014;**

4. Plaintiff may file a reply to the Motion for Limited Reconsideration of Order Partially Granting Defendant Jeppesen Sanderson, Inc.'s Motion for Summary Judgment by **8:00 a.m. on March 19, 2014;**

5. The Final Trial Preparation Conference set for 9:00 a.m. on March 20, 2014 is CONVERTED to a Status Conference, at which the parties shall be prepared to address all issues raised in the Motions which are the subject of this Order;

6. The Final Trial Preparation Conference is RESET to 11:00 a.m. on March 27, 2014. The resetting of the Trial Preparation Conference DOES NOT AFFECT the deadline deliverables set forth in WJM Revised Practice Standards IV.B.;

7. The trial remains set to begin at 8:00 a.m. on April 7, 2014.

Dated this 13th day of March, 2014.

BY THE COURT:

William J. Martinez
United States District Judge