**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

    Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

    Defendant.

---

**ORDER GRANTING THE PARTIES STIPULATED MOTION
REGARDING PRETRIAL ISSUES**

---

This matter is before the Court on the Parties' Stipulated Motion Regarding Pretrial Issues, filed March 27, 2014 (ECF No. 303). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

1. The Parties Stipulated Motion is GRANTED;

2. Plaintiff shall have until April 3, 2014, to file its Amended Final Exhibit List, including, but not limited to, Rule 1006 Summaries.

3. Plaintiff shall have until April 3, 2014, to provide Defendant with a Rule 1006 Summary of Jeppesen agreements regarding its applications and customer requests to Jeppesen regarding applications for mobile devices. Defendant agrees not to object to the timing of this production by Plaintiff of these 1006 Summaries, but Defendant reserves all other objections.

4. Defendant shall have until April 3, 2014, to file its Amended Final Exhibit List. Plaintiff reserves the right to object to Defendant adding documents

    from Defendant's March 2014 productions to its Amended Final Exhibit List, but will work with Defendant in good faith to resolve those objections. Defendant believes the Court has already overruled this objection.

5. Plaintiff shall have until April 3, 2014, to file supplemental expert reports to include materials produced by Defendant in December 2013, and 2014. Defendant may submit a supplemental report from its damages expert within five calendar days of receipt of Plaintiff's supplemental reports. Plaintiff reserves the right to object to such supplemental report from Defendant.

6. Dona Flamme and Melinda Harper shall be allowed to testify regarding the 1006 Summary and supporting documents, provided that any such Rule 1006 Summary is admitted into evidence, and such testimony shall be subject to the Federal Rules of Evidence.

7. Plaintiff shall have until April 4, 2014, to file an unopposed motion to supplement its Motion for Reconsideration.

8. Jeppesen shall produce summaries for EFB billing (*e.g.*, JS00156220 and JS00156221) to reflect billing from the month of March, 2014 and shall provide those summaries to Plaintiff on April 1, 2014.

Dated this 28th day of March, 2014.

BY THE COURT:

_____
William J. Martinez
United States District Judge