**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

    Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

    Defendant.

---

**RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS**

---

This matter is before the Court on the parties' deposition designations and objections thereto. The objections to the following portions of the deposition designations are SUSTAINED:

| Page Number | Lines |
|---|---|
| Axel Friedrich, Ph.D | |
| 136 | 10-18 (including Exhibit 8) |
| 137 | 1-18 |
| 138 | 1-18 |
| 161 | 2-22 |
| 162 | 1-22 |
| 163 | 1-22 |
| 164 | 1-22 |
| 165 | 1-22 |
| 166 | 1-22 |
| 167 | 1-12 |
| 315 | 2-22 |
| 316 | 1-20 |

|  **Page Number** | **Lines** |
|---|---|
| Michael D. Kolman | |
| 197 | 9-16 |
| Lonne R. Lyon | |
| 244 | 16-18 |
| 245 | 4-8 |
| Michelle Schopp | |
| 45 | 12-25 (including Exhibit 60) |
| 46 | 1-25 |
| 47 | 1-25 |
| 48 | 1-25 |
| 49 | 1-3 |
| 57 | 4-25 (including Exhibit 63) |
| 58 | 1-25 |
| 59 | 1-20 |
| 61 | 11-25 |
| 62 | 1-11 |
| 64 | 15-25 |
| 65 | 1-16 |
| 84 | 23-25 (including Exhibit 21) |
| 85 | 1-25 |
| 86 | 1-25 |
| 87 | 1-11 |
| 89 | 1-5, 25 |
| 90 | 1-21 (including Exhibit 83) |
| 96 | 14-25 |
| 97 | 1-6 |
| 139 | 18-25 (including Exhibit 173) |
| 140 | 1-25 |
| 141 | 1-25 |
| 142 | 1-25 |

|              | **Page Number** | **Lines** |
|---|---|---|
| Michelle Schopp (Con't) | | |
| | 143 | 1-14 |
| | 218 | 13-25 (including the portions of the email exchange that consist of Ms. Schopp's statements or those of George Adams. Mr. Elia's statements are non-hearsay and may be admissible if other portions are redacted.) |
| | 219 | 1-17 |
| | 220 | 11-22 |
| | 257 | 19-25 (including Exhibit 173) |
| | 258 | 1-24 |
| Matthew T. Elia | | |
| | 207 | 5-21 (including the portions of the exhibit containing statements from a non-party. Mr. Elia's statements are not hearsay) |
| | 208 | 1-22 |
| | 209 | 1-4 |
| | 210 | 7-22 (including the portions of the exhibit containing statements from a non-party. Mr. Elia's and Ms. Flamme's statements are not hearsay and may be admissible with redaction.) |
| | 211 | 15-22 |
| | 212 | 1-12 |
| | 213 | 8-20 |
| | 214 | 11-22 (including the portions of the exhibit containing statements from a non-party. Mr. Elia's and Mr. McDonald's statements are not hearsay and may be admissible with redaction.) |
| | 215 | 1-22 |
| | 216 | 1-22 |
| | 217 | 1-3 (the portions of the exhibit containing statements from a non-party. Mr. Elia's statements are not hearsay and may be admissible with redaction.) |
| | 218 | 16-22 |

| Page Number | Lines |
|---|---|
| Matthew T. Elia (Con't) | |
| 219 | 1-9 |

The portions of the above-designated deposition testimony to which the Court has sustained the objection should be redacted from the parties' presentations. Additionally, the parties are free to eliminate any other designations, or portions of designations, that are no longer relevant and material to the issues to be tried, given the Court's rulings on the objections herein, or any other ruling or order entered by the Court in this case.

All other objections to the testimony of the above-referenced deponents are OVERRULED. Additionally, all objections to the deposition designations for Tyler N. Snow, George John, Ph.D, and Christopher Tyson Weihs are OVERRULED.

Dated this 3rd day of April, 2014.

BY THE COURT:

William J. Martinez
United States District Judge