IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:     April 15, 2014
Court Reporter:    Gwen Daniel

_____

Civil Action No.   11-cv-01468-WJM          <u>Counsel:</u>

SOLIDFX, LLC,                                Shannon Wells Stevenson
                                             Kenzo S. Kawanabe
        Plaintiff,                           Edward Hafer

v.


JEPPESEN SANDERSON, INC.,                    Craig S. Primis
                                             Michael Glick
        Defendant.                           John O'Quinn
                                             Tracie Bryant
                                             Gregory Skidmore

_____

## COURTROOM MINUTES
_____

JURY TRIAL - DAY SIX

08:50 a.m.   Court in Session

**PLAINTIFF'S TWELFTH WITNESS TIMOTHY LEE HOWARD**
08:50 Direct (by Mr. Kawanabe)

Deposition of Timothy Howard opened and used for impeachment.

                             EXHIBITS OFFERED AND RECEIVED: 64, 80, 82,
                             112

09:40  Cross (by Mr. O'Quinn)

10:00  Redirect

10:10 Recross

10:15 Jury excused

Discussion re exhibits

10:15  Plaintiff Rests.

The Defendant has advised the Court that they are going to submit a written Rule 50 motion by 8:30 tomorrow morning.

**ORDERED:   The Plaintiff may file a written response to the Defendant's written Rule 50 motion by 8:30 tomorrow morning**.

10:17  Court in Recess
10:40  Court in Session

10:40 Defendant's Rule 50 Motion (by Mr. Primis)

10:53 Plaintiff's response to Defendant's Rule 50 motion, and Plaintiff's Rule 50 motion
      (by Ms. Stevenson)

11:12  Reply (by Mr. Primis)

**ORDERED:   The parties' Rule 50 motions are TAKEN UNDER ADVISEMENT.**

11:17 Jury present

**DEFENDANT'S FIRST WITNESS MICHAEL LEE ABBOTT**
11:18 Direct (by Mr. Primis)

> EXHIBITS OFFERED AND RECEIVED: A4, A55, A59, A60, A61, A88, A89, B12

12:18 Court in Recess
01:37  Court in Session - without jury

Court's comments

01:38  Jury present

**DEFENDANT'S FIRST WITNESS MICHAEL LEE ABBOTT**
01:38 Direct continued (by Mr. Primis)

02:29  Cross (by Ms. Stevenson)

           EXHIBITS OFFERED AND RECEIVED: 26, 94, 102, 106, 115, 126, 136, 228

Deposition of Michael Abbott opened and used for impeachment.

           EXHIBITS OFFERED AND RECEIVED: 120

03:18 Court in Recess
03:38 Court in Session

**DEFENDANT'S FIRST WITNESS MICHAEL LEE ABBOTT**
03:38 Cross continued (by Ms. Stevenson)

           EXHIBITS OFFERED AND RECEIVED: 61; 45; 46; 185, pages 1 thru 4

04:40  Redirect

**DEFENDANT'S SECOND WITNESS RICK ELLERBROCK**
04:45 Direct (by Mr. Skidmore)

05:05 Jury excused

The Court enters ruling on the record.

**ORDERED:   Plaintiff's Restricted Motion [332], (333 public entry) is DENIED.**

Court's comments

The parties may have 45 minutes for closing arguments.

           EXHIBITS OFFERED AND RECEIVED: B25, B26, B27, B28, B29 and B30, are deposition excerpts and are admitted for the limited purpose of making a complete record.  They will not go to the jury for deliberation.

           Plaintiff's Exhibits 412 and 413, deposition excerpts, which were admitted on April 14th were admitted for the limited purpose of making a complete record. They will not go to the jury for deliberation.

Discussion re jury instructions

05:32 p.m. Court in Recess
       Trial continued

Time: six hours and 40 minutes