IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

    Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

    Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS**
_____

This matter is before the Court on Defendant's Unopposed Motion to Restrict Public Access to Supplemental Exhibits Filed in Support of Plaintiff's Motion for Limited Reconsideration, filed May 2, 2014 (ECF No. 346). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

1. Defendant's Motion is GRANTED.

2. The Clerk of the Court is DIRECTED to maintain a RESTRICTION LEVEL 1 on Exhibits at ECF Nos. 311, 312, 313, 314, 315, 316, 323, and 324 to supplement Plaintiff SolidFX, LLC's Motion for Limited Reconsideration shall be REDACTED in the manner proposed by Jeppesen. The redacted versions of the Exhibits shall be made publicly available, and the non-redacted versions of the Exhibits shall be maintained with a RESTRICTED with a restriction level 1 and shall not be publicly available.

Dated this 12th day of May, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge