IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

    Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

    Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS**
_____

This matter is before the Court on Defendant's Unopposed Motion to Restrict Public Access to Certain Portions of the Trial Transcript and Exhibits, filed May 2, 2014 (ECF No. 347). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

1.     Defendant's Motion is GRANTED;

2.     The April 8, 2014 and April 14, 2014 trial transcripts shall be REDACTED in the manner proposed by Jeppesen. The redacted versions of the specified transcripts shall be made publicly available, and the non-redacted versions of the transcripts shall be maintained at Restriction Level 1 and shall not be publicly available; and

3.     Exhibits B24, 233-244, 246-251, 265-266, 364-373, 375, 377-387, 397, and 400-411 received during the jury trial in the above-captioned matter

shall be REDACTED in the manner proposed by Jeppesen. The redacted version of the specified Exhibits shall be made publicly available, and the non-redacted versions of the Exhibits shall be maintained a Restriction Level 1 and shall not be publically available.

Dated this 12th day of May, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge