**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 11-cv-01468-WJM-BNB

SOLIDFX, LLC,

    Plaintiff,

v.

JEPPESEN SANDERSON, INC.,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY JUDGMENT AND FOR APPROVAL OF SUPERSEDEAS BOND**

---

This above-entitled matter comes before the Court on Defendant Jeppesen Sanderson Inc.'s ("Jeppesen') Unopposed Motion to Stay Judgment Pending Resolution of Post-Judgment Motions and, If Necessary, Appeal and For Approval of Supersedeas Bond ("Motion").  (ECF No. 382.)   Having reviewed the Motion, the Court hereby ORDERS as follows:

1. Jeppesen's Unopposed Motion to Stay Judgment Pending Resolution of Post-Judgment Motions and, if Necessary, Appeal (ECF No. 382) is GRANTED;

2. Plaintiff SOLIDFX, LLC is STAYED from executing, or attempting to execute, upon the judgment in this case, and from filing any proceedings to enforce the judgment pending the appeal of this case; and

3. The Supersedeas Bond filed by Jeppesen on July 28, 2014 (ECF No. 382-1) is APPROVED.  Within 10 days, Jeppesen shall deliver the original bond to the Clerk of Court for the United States District Court for the District of Colorado for

the Court's safekeeping.  Jeppesen is also ORDERED to file an appropriate document with the Court confirming such delivery.

Dated this 4th day of August, 2014.

BY THE COURT:

William J. Martinez
United States District Judge